```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MILTON WILLIAMS,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :           21-cv-2612 (VSB)
              -against-                                     :
                                                            :              ORDER
TAFFY TOWN, INC.                                            :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 27, 2021
      New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge